COREY v. LUGAR.

CONTESTED ELECTION.—*Appeal Bond.*—The fact that, on appeal to the circuit court, in a proceeding to contest an election, the appeal bond is made payable to the State, instead of to the opposite party, is not ground for dismissing the appeal.

SAME.—*Jury Trial.*—The refusal of the court to grant a jury trial in such case is not error.

From the Grant Circuit Court.

*J. L. Custer*, for appellant.

PERKINS, J.—Proceeding to contest an election. Appeal to the circuit court. Motion in that court to dismiss the appeal on account of a defect in the appeal bond. The defect alleged was, that the bond was made payable to the State instead of to the appellee. The motion was overruled. There was no error in this. Sec. 790, 2 R. S. 1876, p. 311; Acts 1875, Reg. Sess., p. 112; *Railsback* v. *Greve*, 58 Ind. 72; *Fuller* v. *Wright*, 59 Ind. 333.

The appellant moved for a trial by jury. The motion was denied. There was no error in this. *Knox* v. *Fesler,* 17 Ind. 254; *Allen* v. *Anderson,* 57 Ind. 388; *Reynolds* v. *The State,* 61 Ind. 392.

The cause was tried by the court, who found for the appellee upon the evidence, and overruled a motion for a new trial, made upon the grounds that the decision of the court was not sustained by evidence, and was contrary to law.

The evidence was conflicting, and we cannot say the decision upon it was erroneous.

The judgment is affirmed, with costs.